1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   JAVIER TORRES-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-255-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAVIER TORRES-CISNEROS, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

The above matter is continued from July 22, 2008 at 9:30 a.m. to August 5, 2008 at 9:30 a.m. for status conference. Time is ordered excluded through August 5, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (Local Code T4) to afford the parties adequate time to prepare.

Dated: August 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT