```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JAVIER TORRES-CISNEROS
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR-S-08-255-LKK
                                    )
13              Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                    )  STATUS CONFERENCE
14      v.                          )
                                    )
15  JAVIER TORRES-CISNEROS,         )  Date: August 5, 2008
                                    )  Time: 9:30 a.m.
16              Defendant.          )  Judge: Lawrence K. Karlton
    _____    )
17

18       It is hereby stipulated between the parties, Daniel S. McConkie,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, JAVIER

21  TORRES-CISNEROS, that the Status Conference date of August 5, 2008 is

22  vacated, and a new Status Conference hearing date of August 19, 2008 at

23  9:30 a.m. is hereby set.

24       This continuance is requested to allow defense counsel additional

25  time to meet and review the plea agreement with Mr. Torres-Cisneros and

26  the interpreter.

27       It is further stipulated that the period from August 5, 2008

28  through and including August 19, 2008 should be excluded pursuant to
```

1. 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2. counsel and defense preparation.
3. Dated:  August 1, 2008                    Respectfully submitted,
4.                                           DANIEL J. BRODERICK
                                             Federal Defender
5.
6.                                           /s/ Lauren Cusick
                                             LAUREN D. CUSICK
7.                                           Assistant Federal Defender
                                             Attorney for Defendant
8.                                           JAVIER TORRES-CISNEROS
9.
   Dated:  August 1, 2008                    MCGREGOR W. SCOTT
10.                                          United States Attorney
11.
                                             /s/ Lauren Cusick for
12.                                          DANIEL S. McCONKIE
                                             Assistant U.S. Attorney
13.                                          per telephonic authorization
14.
15.                           **O R D E R**
16. IT IS SO ORDERED.
17. Dated: August 4, 2008
18.
                                             LAWRENCE K. KARLTON
19.                                          SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT
20.
21.
22.
23.
24.
25.
26.
27.
28.